**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**FREDRICK NORRIS**                                                                              **PLAINTIFF**
**ADC #095167**

**v.**                                            **Case No. 4:24-cv-00052-LPR**

**JEROME L. EASON, et al.**                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 9) and the Plaintiff's Objections (Doc. 10).  After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice for failing to state a claim upon which relief may be granted.  The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 8th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE